Richard Gong
P. O. Box 25063
Arlington, VA 22202
323-899-9938

FILED
JAN 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Richard Gong,** ) | COMPLAINT | CASE NUMBER   1:06CV00125 |
| Plaintiff, ) | | JUDGE: Richard W. Roberts |
| Vs. ) | | DECK TYPE: Employment Discrimination |
| **Michael Chernoff, Secretary,** ) | | DATE STAMP: 01/24/2006 |
| Department of Homeland Security ) | | |
| Defendant, ) | | **Title VII of the Civil Rights Act of 1964** |

## COMPLAINT

The Plaintiff hereby alleges Department of Homeland Security/Federal Protective Service employees willfully, intentionally, and purposely violated my civil rights in 2004 and 2001. The DHS/FPS has failed to promote because training issues that I have already completed. The DHS/FPS has also violated FPS policies regarding their own training standards.

## JURISDICTION

Jurisdiction in this action is predicated upon Title VII of the Civil Rights Act.

## DEMAND

I seek to recover compensatory damages, loss of position, loss of promotion, loss of grade, loss of pay, and emotion and pain suffering.

Dated: January 24, 2006

Richard Gong
P. O. Box 25063
Arlington, VA 22202
323-899-9938

1