UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GONG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 06-0125 (RWR) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty days, up to and including July 31, 2006, in which to move, answer or otherwise respond to plaintiff *pro se*'s complaint. Defendant's response would otherwise be due on June 30, 2006. Defendant seeks this enlargement on the following grounds:

In his complaint, plaintiff indicates that his civil rights were violated in the years 2001 and 2004. Undersigned counsel spoke with agency counsel and learned that the documents needed in order to respond to plaintiff *pro se*'s complaint had to be located in, and obtained from, Burlington, Vermont. Undersigned counsel received those documents today. Undersigned counsel called plaintiff *pro se* to obtain his position on this motion, but was unable to reach plaintiff *pro se*.

For the reasons cited above, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

>Respectfully submitted,
>
>/s/
>KENNETH L. WAINSTEIN, D.C. Bar # 451058
>United States Attorney
>
>/s/
>RUDOLPH CONTRERAS, D.C. Bar # 434122
>Assistant United States Attorney
>
>/s/
>MARIAN L. BORUM, D.C. Bar # 435409
>Assistant United States Attorney
>555 Fourth Street, N.W. - Civil Division
>Washington, D.C. 20530
>(202) 514-6531
>Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this ____ day of June, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Richard Gong  
P.O. Box 25063  
Arlington, VA 22202

 

_____  
MARIAN L. BORUM  
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RICHARD GONG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil No. 06-0125 (RWR) |
| | ) | |
| **MICHAEL CHERTOFF, SECRETARY,** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of June, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including July 31, 2006 in which to respond to plaintiff *pro se*'s Complaint.


Date _____         _____
                                 UNITED STATES DISTRICT JUDGE