# Richard Gong v. Michael Chertoff
# Civil No. 06-0125 (RWR)

# Exhibit 2

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GONG, RICHARD NMN | 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 | 10-14-1964 | 04-18-2004 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 130 | Transfer |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| KTM | Reg 315.501 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
Physical Security Specialist (LESO)
440M107 - 73

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0080 | 09 | 07 | $52,967.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $52,967.00 | $0 | $52,967.00 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service
Middle District (Atlanta, GA)

### EMPLOYEE DATA

23. Veterans Preference
1 - None  3 - 10-Point/Disability  5 - 10-Point/Other
2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%

1

24. Tenure
0 - None  2 - Conditional
1 - Permanent  3 - Indefinite

1

25. Agency Use

26. Veterans Preference for RIF
YES  X  NO

27. FEGLI
80  Waived

28. Annuitant Indicator
9  Not Applicable

29. Pay Rate Determinant
6

30. Retirement Plan
K   K - FERS and FICA

31. Service Comp. Date (Leave)
08-22-1989

32. Work Schedule
F  Full-Time

33. Part-Time Hours Per Biweekly Pay Period

### POSITION DATA

34. Position Occupied
1 - Competitive Service  3 - SES General
2 - Excepted Service  4 - SES Career Reserved

1

35. FLSA Category
E - Exempt
N - Nonexempt

N

36. Appropriation Code
992.P0438100.61.11.000.001.04

37. Bargaining Unit Status
0052

38. Duty Station Code
012100097

39. Duty Station (City - County - State or Overseas Location)
MOBILE / MOBILE / ALABAMA

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 4PSA | HS410 | 980A | | |

Noncritical-Sensitive (NCS) National Security Risk

45. Remarks - Continued
Employee is automatically covered under FERS.

EX 11
Page 2 of 6 pages

46. Employing Department or Agency
Department of Homeland Security

47. Agency Code
HSB8

48. Personnel Office ID
1282

49. Approval Date
04-27-2004

50. Signature/Authentication and Title of Approving Official
Electronically Signed by: Frances L. Stephens
Deputy Director, Consolidated Processing Center

5-Part 50-316

Standard Form 50-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GONG, RICHARD NMN | 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 | 10-14-1964 | 04-18-2004 |

### FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 130 | Transfer | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| KTM | Reg 315.501 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | Physical Security Specialist (LESO) |
| | 440M107 - 73 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0080 | 09 | 07 | $52,967.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $52,967.00 | $0 | $52,967.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | Border and Transportation Security |
| | Bureau of Imm'n & Customs Enforcement |
| | Federal Protective Service |
| | Middle District (Atlanta, GA) |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None  2 - 5-Point  3 - 10-Point/Disability  4 - 10-Point/Other  5 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | I  0 - None  1 - Permanent  2 - Conditional  3 - Indefinite | | YES [X] NO |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  Waived | 9  Not Applicable | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  K - FERS and FICA | 08-22-1989 | F  Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  2 - Excepted Service  3 - SES General  4 - SES Career Reserved | N  E - Exempt  N - Nonexempt | 992.P0438100.61.11.000.001.04 | 0052 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 012100097 | MOBILE / MOBILE / ALABAMA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 4PSA | HS410 | 980A | | |

45. Remarks

Noncritical-Sensitive (NCS) National Security Risk

Appointment affidavit executed 18-APR-2004.

Completed service requirement for career tenure from 22-AUG-1989 to 22-AUG-1992.

Full performance level of employee's position is GS-12.

Special rate under 5 U.S.C. 5305.

Selected from 0440181, dated 07-JAN-2004.

Initial probationary period completed.

Your supervisor of record is Andrew, Ellis R.

Health benefits coverage continues.

Frozen Service: NONE

Creditable Military Service: NONE

Previous retirement coverage: PREVIOUSLY COVERED

EX 11
Page 1 of 6 pages

Remarks Continued On The Next Page

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Homeland Security | Electronically Signed by: Frances L. Stephens |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Deputy Director, Consolidated Processing Center |
| HSBB | 1282 | 04-27-2004 | |

5-Part 50-316