# Richard Gong v. Michael Chertoff
# Civil No. 06-0125 (RWR)

# Exhibit 3





# Vacancy Information

Email to a Friend

| | |
|---|---|
| Announcement Number | 0440181 |
| Vacancy Description | Physical Security Specialist (LESO) |
| Open Period: | 12/03/2003 - 12/16/2003 |
| Series/Grade: | GS-0080Z-09/11/12 |
| Salary: | $42,978.00 TO $74,327.00 |
| Promotion Potential: | GS-12 |
| Hiring Agency: | IMMIGRATION & CUSTOMS ENFORCEMENT, BUREAU OF |
| Duty Locations: | 1 vacancy in Mobile, AL |
| Remarks: | THE PERSON SELECTED FOR THIS POSITION WILL BE AN EMPLOYEE OF THE DHS, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT (BICE) (GSA IS CURRENTLY PROVIDING HUMAN RESOURCES SERVICES FOR THIS VACANCY.) |

| Skills | Skills Description |
|---|---|
| 033 | Position will include training in the carrying and use of firearms. |
| 136 | Applicants must pass a pre-employment medical examination, drug screening, and background investigation. |

For more information, Contact: Ricky Miller, 404-331-3186 ricky.miller@gsa.gov

## Additional Information

Vacancy Location:
Department of Homeland Security
Bureau of Immigration and Customs Enforcement (BICE)
Federal Protective Service
Mobile, AL

Area of Consideration:

Candidates with Civil Service status, Reinstatement eligibles, persons eligible for non-competitive appointment under Special Authorities, Disabled persons and 30% Disabled Veterans, preference eligibles or

veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.

Applications will be accepted from candidates eligible for the Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) in the local commuting area.

Bargaining Unit Status: NFFE

Duties of the Position:

At the target grade level, the incumbent is primarily responsible for the physical security program as it applies to the client agencies within the buildings assigned. Determines the security necessary for each building tenant, including the specific types of devices, systems, or services that would most effectively mitigate the risks identified.

Develops and promotes positive working relationships with customer agencies and client personnel and maintains continuous liaison with top management officials of customer agencies, as well as similar relationships within GSA.

As the Contracting Officer's representative, carries out inspections to assure compliance with contract specifications. On a regular and recurring basis, performs duties as a uniformed law enforcement official under 40 U.S. Code 318. Enforces and assures compliance with statutes, laws, GSA building rules and regulations, and protects the civil rights of all persons on Federal property under the charge and control of GSA.

Qualification Requirements:

QUALIFYING BASED ON EXPERIENCE:

Applicants must demonstrate, in their resume and responses to the vacancy questions that they meet the qualification requirements described below. Applicants must meet all qualification and eligibility requirements for the position advertised within 30 days of the closing date of the announcement. In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized experience equivalent to the next lower grade.

GS-9

Knowledge of security principles, and practices to analyze and resolve security problems for multi-tenant/storied buildings. Identifies security deficiencies and prepares narrative reports, conducts crime prevention studies, assists in conducting inspections of worksites for fulfillment of security contracts and law enforcement duties with arrest authority.

GS-11/12

Knowledge of security principles, and practices to independently analyze and resolve complex security problems for large multi-tenant/storied buildings. Evaluating the effectiveness of existing security practices; developing security plans; developing comprehensive narrative reports on security surveys, crime assessments, and security system design; conducting inspections of worksites for fulfillment of security contracts and law enforcement duties with arrest authority.

QUALIFYING BASED ON EDUCATION

Major study - law enforcement, criminology, criminal justice, police science, law (general) or other related education.

Education may be substituted for experience in accordance with the Operating Manual for Qualification Standards for General Schedule Positions. For further information, refer to

http://www.opm.gov/qualifications/index.htm.

GS-9
A master's or equivalent graduate degree OR 2 full years of progressively higher level graduate education leading to such a degree OR LL.B. OR J.D., if related,

GS-11
Three full years of progressively higher level graduate education or Ph.D. or equivalent doctoral degree., if related

GS-12
Education does not substitute for experience at the GS-12 level

Applicants must meet all qualification and eligibility requirements for the position advertised within 30 days of the closing date of the announcement.

Applicants willl be rated on the extent and quality of experience, education, and training relevant to the duties of the position. Eligible applicants will receive a numerical rating based on their responses to the application questions for this position submitted on-line via GSAJobs (QuickHire). These responses must be substantiated by the resume submitted. Applicants who do not respond to the application questions may be rated ineligible.

Federal employees must meet time-in-grade requirements within 30 days of the closing date of the announcement.

Conditions of Employment:

Any applicant tentatively selected for this position will be required to submit to urinalysis to screen for illegal drug use prior to appointment. This position is also subject to subsequent random drug screening.

This position requires frequent travel.

This position may require shift work.

A valid state drivers license.

Incumbent must be able to operate a Government-owned or leased motor vehicle.

All selected applicants must sign a mobility agreement.

This position has Public Trust Level of Moderate and appointment is subject to investigation and favorable adjudication.

Level 2 Noncritical sensitive:
This position is a noncritical-sensitive national security position. To work in this position, you must undergo a security investigation and receive a national security clearance (Secret or Confidential) from the GSA security office.

Prior to Appointment, all applicants must successfully pass:
(a) medical examination
(b) background investigation
(c) drug test

After entry into position, all employees must periodically:
(a) take and pass a medical and physical fitness examination
(b) re-qualify in skill areas in accordance with current FPS policy
(c) be subject to random drug testing.

✱ Candidates selected must successfully complete the mixed Basic Officers Training Program if not already completed upon entry.

Additional Information:

Individuals who have special priority selection rights under the GSA's Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) must be well qualified for the position to receive consideration for special priority selection. CTAP and ICTAP. To receive this priority consideration, you must submit the required information outlined in the Supplemental Application Material section of this vacancy announcement. Further information on CTAP/ICTAP can be viewed at http://www.opm.gov/ctap/index.htm

Travel/Relocation Expenses:

The Department of Homeland Security will not pay travel, transportation, and relocation expenses. Any travel, transportation, and relocation expenses associated with reporting for duty in this position will be the responsibility of the selectee.

Reasonable accommodation:

DHS provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application or hiring process, please notify us immediately. The decision on granting reasonable accommodation will be on a case-by-case basis.

Misc.

This vacancy announcement does not preclude filling this position by other means, such as new appointment from an Office of Personnel Management list of eligibles, Delegated Examining Unit list of eligibles, reassignment, transfer, reinstatement, or noncompetitive action.

GSA does not accept applications or application material that is received with Government-paid postage.

Applicants selected for Federal employment will be required to complete a "Declaration of Federal Employment" (OF-306) prior to being appointed to determine their suitability for Federal employment. Failure to answer all questions truthfully and completely or providing false statements on the application may be grounds for not hiring the applicant, for dismissing the applicant after they begin work, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Section 1001).

Application Procedures:

Applications submitted via GSAjobs (QuickHire) must be received before midnight Eastern Standard Time on the closing date of the announcement. No extensions will be granted. If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed on the announcement will provide assistance to ensure that applications are submitted on-line by the closing date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

Unless otherwise stated on this announcement, all required supplemental application material must be received within 48 hours of the closing date of the announcement (not including Saturdays, Sundays, or government holidays). This proof must be sent to either the contact address or fax number identified below and must include your name and the announcement number for which applying. Failure to follow the above instructions may result in your application not being considered.

Applicants who cannot apply on-line through GSAjobs (QuickHire) must submit their application material to the Human Resources Office at the address listed on the vacancy announcement. All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date of the announcement. No exceptions.

Supplemental Application Material -- Read the below instructions carefully, failure to submit applicable supplemental application material may result in no consideration for the position.

Supplemental Application Material must be received within 48 hours of the closing date of the vacancy announcement. No exceptions.

Applicants claiming CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, their most recent Performance Rating, and their most recent SF-50 notifying current position, grade level, and duty station. CTAP and ICTAP eligibles will be considered well qualified if they earn a minimum score of 85 (prior to the assignment of veteran's preference points). For more information on CTAP/ICTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

Education Requirements:

If you are applying for a position which requires specific post high school education (degree or specific course work) or are substituting education for experience, you must submit a copy of your most current transcript(s) or a list of coursework above high school, including class titles, grades, and hours. Failure to provide this information may result in a rating of ineligible.

Veteran's Information

If you are applying under the Veteran's Employment Opportunity Act, provide a copy of your DD-214 and if applicable a copy of SF-15 with the requested supporting documentation or other proof of veteran's preference. Failure to provide this information may result in non-consideration for this position.

Additional information on veteran's preference is available in the Vet's Guide that can be found at http://www.opm.gov/veterans/html/vetguide.htm

Federal employees or applicants applying for reinstatement must submit a copy of their latest SF-50, Notification of Personnel Action, which shows current position, title, series, grade and career tenure. Generally, SF-50's for awards do not contain this information.

Applicants applying under a Special Appointment Authority are responsible to submit proof of eligibility for appointment. Information may be obtained at the following Office of Personnel Management website http://www.usajobs.opm.gov/b1.htm.

Send all supplemental application material to the following Human Resources Office:

General Services Administration
Office of Human Resources
77 Forsyth ST Suite 650
Atlanta, GA 30303
Phone (404) 331-3186
Fax (404) 331-1721

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

[ Apply to this Vacancy ]   [ View Vacancy Questions ]
[ Back to Vacancy Listing ]

veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.

Applications will be accepted from candidates eligible for the Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) in the local commuting area.

Bargaining Unit Status: NFFE

Duties of the Position:

At the target grade level, the incumbent is primarily responsible for the physical security program as it applies to the client agencies within the buildings assigned. Determines the security necessary for each building tenant, including the specific types of devices, systems, or services that would most effectively mitigate the risks identified.

Develops and promotes positive working relationships with customer agencies and client personnel and maintains continuous liaison with top management officials of customer agencies, as well as similar relationships within GSA.

As the Contracting Officer's representative, carries out inspections to assure compliance with contract specifications. On a regular and recurring basis, performs duties as a uniformed law enforcement official under 40 U.S. Code 318. Enforces and assures compliance with statutes, laws, GSA building rules and regulations, and protects the civil rights of all persons on Federal property under the charge and control of GSA.

Qualification Requirements:

QUALIFYING BASED ON EXPERIENCE:

Applicants must demonstrate, in their resume and responses to the vacancy questions that they meet the qualification requirements described below. Applicants must meet all qualification and eligibility requirements for the position advertised within 30 days of the closing date of the announcement. In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized experience equivalent to the next lower grade.

GS-9

Knowledge of security principles, and practices to analyze and resolve security problems for multi-tenant/storied buildings. Identifies security deficiencies and prepares narrative reports, conducts crime prevention studies, assists in conducting inspections of worksites for fulfillment of security contracts and law enforcement duties with arrest authority.

GS-11/12

knowledge of security principles, and practices to independently analyze and resolve complex security problems for large multi-tenant/storied buildings. Evaluating the effectiveness of existing security practices; developing security plans; developing comprehensive narrative reports on security surveys, crime assessments, and security system design; conducting inspections of worksites for fulfillment of security contracts and law enforcement duties with arrest authority.

QUALIFYING BASED ON EDUCATION

Major study - law enforcement, criminology, criminal justice, police science, law (general) or other related education.

Education may be substituted for experience in accordance with the Operating Manual for Qualification Standards for General Schedule Positions. For further information, refer to