# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

## Exhibit 4

# Department of Homeland Security Complaint of Discrimination

(See instructions on reverse)

PRIVACY ACT STATEMENT: 1. AUTHORITY-the authority to collect this information is derived from 42 U.S.C. Section 2000e- 16; 29 CFR Sections 1614.106 and 1614 108.  2. PURPOSE AND USE- This form will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation, hearing, if any; adjudication; and appeal, if one, to the Equal Employment Opportunity Commission.  3. EFFECTS OF NON-DISCLOSURE- Submission of this information are MANDATORY.  Failure to furnish this information will result in the complaint being returned without action.

| 1. Complainant's Full Name | 2. Your Telephone Number (including area code) |
|---|---|
| Richard Gong | Home:  323-899-9938 |
| Street Address, RD Number, or Post Office Box Number | |
| P. O. Box 2865 | Work:  251-690-3249 |
| City, State and Zip Code | |
| Mobile, AL 36652 | |

3. Which Department of Homeland Security office, Do You Believe Discriminated Against You?

Immigration and Customs Enforcement
Federal Protective Service

B. Street Address of Office
77 Forsyth Street

C. City, State and Zip Code
Atlanta, GA 30303

4. Current Work Address
109 St. Joseph Street
Mobile, AL 36602

A. Name Of Agency Where You Work
Federal Protective Service

B. Street address of your agency
77 Forsyth Street

C. City, State and Zip Code
Atlanta, GA 30303

D. Title and Grade of Your Job
Physical Security Specialist GS-0080-09/07

5. Date on Which Most Recent Alleged Discrimination Took Place

| Month | Day | Year |
|---|---|---|
| July | 28 | 2004 |

6. Check Below Why You Believe You Were Discriminated Against?

[x] Race or Color (Give Race or Color)
____Asian

[] Religion (Give Religion) ____

[] Sex (Give Sex)      [] Male    [] Female

[] Sexual Harassment

[] Age (Give Age) ____

[x] National Origin (Give National Origin)
____Chinese

[] Disability      [] Physical    [] Mental

[] Sexual Orientation

[x] Reprisal

[] Parental Status

[] Class Complaint

RECEIVED - INS - EEO
04 OCT -7 PM 1: 21

7. Explain How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, Nation Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal.  Do not include specific issues or incidents that you have not discussed with your EEO Counselor.  (You may continue your answer on another sheet of paper if you need more space).

In 1989 and 1997, I attended the Federal Law Enforcement Training for Mixed Basic Police Training Program. I completed the Mixed Basic Police Training Program for two separate federal agencies. According to Federal Protective Service policy, I am not required to repeat the Mixed Basic Police Training Program. I have completed and graduated from the program. I only have to attend the two week in-service refresher program to satisfy FPS program. Yet, I was scheduled to attend the Mixed Basic Police Training at the Federal Law Enforcement Training Center on July 28, 2004. I was discriminated by Federal Protective Service employees Director Gary Beard and Supervisory Special Agent Charlie Moore of the FPS National Training Academy because I am Asian and Chinese.

In March of 2001, I was a U.S. Marshal employee sent to the Federal Law Enforcement Training Center to attend the Deputy Marshal Basic Training. Mr. Charlie Moore was an instructor at the academy. During the U.S. Marshal Academy, I was treated very different from the rest of my class. I was the only Asian/Chinese person in the class. Mr. Moore saw that opportunity to racially and prejudicially to discriminated against me as an Asian/Chinese male. He openly and continuously made racial slurs against me in the physical techniques classroom and in the instructor's offices. After two weeks of training, Mr. Moore badgered me and forced me to do continuously physical exercises until I collapsed in the classroom. All I can remember from semi-unconsciousness was Mr. Moore leaning over me making more racial statements while I was in the ambulance stretcher going to Glynn County Hospital. After returning from the hospital and to class, I decided that I cannot be in such a hostile environment. I left the training academy and returned to my district. I was so shaken by this event that I did not return to work and went on sick leave. I quickly found another job with another federal agency and left the U.S. Marshal Service.

Continue on the Next Page

8. What Corrective Action Do You Want Taken On Your Complaint?
I want Mr. Beard and Mr. Moore removed from training and demoted. I also want FPS to enforce their Basic Police Training policy and allow me to complete the in-service training requirement as stated in their policy manual.

9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other Official

DATE OF FIRST CONTACT WITH EEO OFFICE
08 | 25 | 2004

DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR:
09 | 24 | 2004

B) Name of Counselor
Justi Miller

[] I have not contacted an EEO Counselor

13. Date of This Complaint:

| Month | Day | Year |
|---|---|---|
| 09 | 28 | 2004 |

14. Sign Your Name Here

EX /

FORM DOJ-201A MAR 2001

FILE: ICE-05-H003
DATE: 10-4-2004

7. Explain How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, Nation Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. (You may continue your answer on another sheet of paper if you need more space).

Two and a half years later, I had to go back law enforcement because of my extensive law enforcement career and applied with Federal Protective Service. I was offered the position of Physical Security Specialist / Law Enforcement Security Officer. After taking the position, I went to the Physical Security Academy at the Federal Law Enforcement Center. (This course is only given if you have completed the Mixed Basic Police Training) After completing the PS Academy, I was scheduled to attend the Mixed Basic Police Training. Mr. Beard and Mr. Moore wanted me to attend the Basic Police Training because it is there chance to discriminate against me again. They are discriminating against me because I left the U.S. Marshal Service quickly and now they have another chance to do it again.

On 09/28/04, I spoke with my EEO Counselor Justi Miller. Ms. Miller advised me of my final interview and a brief summary of my EEO action that will be mailed to me. Ms. Miller also advised me that I may call Director Beard to discuss this matter because he has an open door policy. I called Director Beard the next day and left a message with his secretary Judy. Judy told me that she left him an e-mail message about my phone call. I never received a call from Mr. Beard. The following day I received a phone call from my supervisor that I will be attending the Mixed Basic Police Training on January 03, 2005. I was also advised by my supervisor that if I do not complete this training "We will have to let you go." I also believe that this is a reprisal because of my EEO filing.