# Richard Gong v. Michael Chertoff
# Civil No. 06-0125 (RWR)

# Exhibit 5

U.S. ~~ERAL SERVICES ADMINISTRATION~~
Pub ~~uildings S~~

OCT 3 1998

MEMORANDUM FOR REGIONAL ADMINISTRATORS

          ASSISTANT REGIONAL ADMINISTRATORS
          PUBLIC BUILDINGS SERVICE

          REGIONAL DIRECTORS
          FEDERAL PROTECTIKE SERVICE

FROM:     CLARENCE EDWARDS
          ASSISTANT COMMISSIONER
          OFFICE OF FEDERAL PROTECTIVE SERVICE - PS

SUBJECT:   Instructional Letter PBS-IL-96-2
          Appointment of Law Enforcement Authority - 40 U.S.C. 318 and 318d

Reference is made to the captioned subject matter dated February 29, 1996. To ensure current and uniform training for Federal Protective Service Police Officers appointed under 40 U.S.C. 318, waivers will no longer be granted to those personnel who are not graduates of the Federal Law Enforcement Training Center (FLETC). A review of current policy indicates we are unable to provide the required supplemental training for personnel who are not FLETC graduates.

Therefore, the attached changes have been made and will be effective October 4, 1998. Attached for your use is a new Section A., Part 1 and Part 2 of the Federal Protective Police Officers Handbook. Please ensure the effected pages are removed and the revised pages are inserted into Instructional Letter PBS-IL-96-2.

Attachment

1800 P Street, NW, Washington, DC 20405-0002

Federal Recycling Program  Printed on Recycled Paper



EX 7
Page 1 of 4 pages

A. Appointment of Uniformed Special Policemen

1. <u>Appointment of Federal Protective Police Officer (FPPO's) Under 40 U.S.C. 318</u>

    a. General: The following requirements must be satisfied and certified by the Director, Federal Protective Service Division (FPSD), prior to the appointment of Federal Protective Police Officers under 40 U.S.C. 318:

    (1) Must be a graduate of the Federal Law Enforcement Training Center (FLETC) basic police school or a former Federal Protective Service Police Academy, with no break in employment of longer than 3 *years with the* FPSD.

    (2) In addition to the requirements outlined in paragraph (1) above, the individual must successfully complete the following training prior to appointment:

        (a). *The* 40-hour in-service training prescribed *for* the FPS police officers if the above training requirements were not met within the last 3 years.

        (b). Qualified with approved firearm.

        (c). Certified in CPR and First Aid.

        (d). Certified in the use of Oleoresin Capsicum (OC) spray and baton.

        (e). <u>Physical standards.</u> All Federal Protective Police Officers must meet the physical and medical standards outlined in the Law Enforcement Operational Guidelines.

        (f). <u>Background review.</u> The employee must have a non-critical sensitive background investigation with favorable results.



EX 7
Page 2 of 4 pages

   b. <u>Recertification and maintenance.</u> To maintain the appointment, the Regional Director must recertify personnel every 3 years and maintain accurate records of completed training. To be recertified, personnel must:

   (1) Complete the 40-hour in-service FPPO training within the year of recertification.

   (2) Be qualified with approved firearm.

   (3) Be certified in CPR and First Aid.

   (4) Be certified in the use of OC Spray and baton.

   c. <u>Uniforms.</u> Police officers are required to wear the uniform specified in the Law Enforcement Operational *Guidelines*.

2. <u>Appointment of Personnel Other than FPPO's Under 40 U.S.C. 318</u>

a. General: The Regional Director, Federal Protective Service Division (FPSD), may appoint other FPSD personnel to meet emergency situation and other special law enforcement circumstances as deemed appropriate. The following requirements apply:

b. Training: The following training must be satisfied and certified by the Director, Federal Protective Service Division, prior to appointing Federal Protective Service personnel, other than FPPO's, under 40 U.S.C. 318.

   (1) Must be a graduate of the FLETC basic police school or a former Federal Protective Service Police Academy, with no break in employment of longer than 3 years with the FPSD.

   (2) In addition to the requirement outlined in paragraph (1), the individual must successfully complete the following training prior to appointment:

Employee must have no break in employment in the law enforcement field of longer than 3 years after graduating from training. Before appointment, the Assistant Commissioner, Office of Federal Protective Service, must approve the training based on a comparative analysis between the current FLETC basic police school curriculum and the alternative police school training completed. That analysis will be completed by the GSA/FPS Regional Office and forwarded by the Regional Director FPSD to the Assistant Commissioner for approval.



EX 7
Page 3 of 4 pages

If additional training is required to supplement the alternative police school training in order to satisfy FLETC police school standards, the Director will provide the Assistant Commissioner with a comparative analysis between the FLETC training and the proposed supplemental training.



EX 7
Page 4 of 4 pages