# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

# Exhibit 7

**AFFIDAVIT**

I, Richard Gong, Physical Security Specialist, GS-0080-09, employed in the Department of Homeland Security, Federal Protective Service hereby solemnly swear that the statement contained herein, is the truth the whole truth and nothing but the truth so help me God.

2. The Investigator asked the following question of me. Clearly state why you concluded that your race, and national origin influenced management's decision not to grant you a waiver, and to require you to attend the Mixed Basic Police Training Course. Identify those management officials whom you felt discriminated against you based on your race and national origin. My response is as follows.

In 1989 and 1997, I attended the Federal Law Enforcement Training for Mixed Basic Police Training Program. I completed and graduated the Mixed Basic Police Training Program from two different federal law enforcement agencies. According to Federal Protective Service policy, I am not required to repeat the Mixed Basic Police Training Program. According to their policy, I only have to attend the two-week in-service refresher program to satisfy FPS program.

Yet, I was scheduled to attend the Mixed Basic Police Training at the Federal Law Enforcement Training Center on July 28, 2004. I was discriminated against by Federal Protective Service Director Gary Beard and Supervisory Special Agent Charlie Moore of the FPS National Training Academy because I am Asian and Chinese. Asian and Chinese minorities are few and rare in Federal Law Enforcement.

In March of 2001, I was a U.S. Marshal employee sent to the Federal Law Enforcement Training Center to attend the Deputy Marshal Basic Training. Mr. Charlie Moore was an instructor at the academy. During the U.S. Marshal Academy, I was treated very different from the rest of my class. I was the only Asian/Chinese person in the class. Mr. Moore saw that opportunity to racially and prejudicially to discriminated against me as an Asian/Chinese male.

He openly and continuously made racial slurs against me in the physical techniques classroom and in the instructor's office. There were other students who overheard his comments. After two weeks of training, Mr. Moore badgered me and forced me to do continuously physical exercises until I collapsed in the classroom.

Page 1 of 3 pages



There are students in my class who witnessed and heard his racial comments. All I can remember from my semi-unconsciousness state was Mr. Moore leaning over me making more racial statements while I was in the ambulance stretcher going to Glynn County Hospital.

After returning from the hospital and to class, I decided that I cannot be in such a hostile environment. I left the training academy and returned to my district office.

I was so shaken by this event that I did not return to work and went on sick leave. I quickly found another job with another federal agency and left the U.S. Marshal Service.

Two and a half years later, I had to go back to law enforcement because of my extensive law enforcement career and I applied with Federal Protective Service. I was offered the position of Physical Security Specialist / Law Enforcement Security Officer.

After taking the position, I went to the Physical Security Academy at the Federal Law Enforcement Center. (This course is only given if you have completed the Mixed Basic Police Training). Half way through the FPS Academy, I was scheduled to attend the Mixed Basic Police Training.

Mr. Beard and Mr. Moore wanted me to attend the Basic Police Training, because it is there chance to discriminate against me again. They are discriminating against me because I left the U.S. Marshal Service so quickly and now they have another chance to discriminate against me for being Asian and Chinese.

The management officials at the Federal Law Enforcement Training Center are Director Gary Beard and Supervisory Special Agent Charlie Moore. (I am wondering how did Mr. Moore, a former Deputy U.S. Marshal assigned to Federal Law Enforcement Training as instructor get promoted to a Supervisory Special Agent for Federal Protective Service and remain at the Federal Law Enforcement Training Center as the assigned duty station?)

3. Clearly state how those management officials became aware that you had been involved in prior EEO activity/activities; and what led you to the conclusion that their decision/decisions was/were influenced by this knowledge.

Page 2 of 3 Pages

EX 4
Page 2 of 3 pages

I do not know how my immediate management knew about my EEO filing through DHS/FPS (I thought it is a confidential matter and sensitive issue) I was advised by my supervisor that if I do not complete this training "We will have to let you go." I also believe that this is a reprisal because of my EEO filing.

I have read the above statement consisting of three pages, and it is true and complete to the best of my knowledge and belief. I understand the information I have given is made under penalty of perjury and is not considered confidential.

Subscribed and sworn to at the Department of Homeland Security Federal Protective Service on this 21st Day of January 2005

Rudolph Duncan
Contract Investigator
Federal Facilitators Group LLC

Affiant's Signature

Page 3 of 3 Pages

EX 4
Page 3 of 3 pages