# Richard Gong v. Michael Chertoff
# Civil No. 06-0125 (RWR)

# Exhibit 8

## J.R. MILLER

**From:** &lt;gary.beard@gsa.gov&gt;
**To:** &lt;millereeo@msn.com&gt;
**Sent:** Thursday, September 09, 2004 8:05 AM
**Attach:** FPS Training Waivers Guidance_ Memo to Regional Administrators 10-03-1998 .pdf; Police Officer Job Announcement.pdf
**Subject:** Richard Gong

Justi,

Regarding our conversation here are the documents you requested.

To clarify the granting of waivers I have not granted any that are outside the scope of the 1998 guidance (attached). Mr. Gongs prior training falls outside these parameters.

Mr. Gong's EEO based on Race/National Origin is somewhat perplexing since I too am considered an Asian American (my mother is a Filipina).

Mr. Gong was removed from basic police training for failing to meet mandated medical clearance procedures. He knowingly showed up with a neck injury that he knew would prohibit him from any training activity.

The job announcement specifically states that candidates must successfully complete the Mixed Basic Police Training Program (page 4).

Please give me a call if you require additional information. Thank you.

(See attached file: FPS Training Waivers Guidance_ Memo to Regional Administrators 10-03-1998.pdf)(See attached file: Police Officer Job Announcement.pdf)   } EXHIBITS 7 + 8

Gary L. Beard
Division Director, FPS National Training Academy
Department of Homeland Security
Federal Protective Service
(912) 267-2831

EX 9
Page 1 of 1 pages

9/9/2004