# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

# Exhibit 10

# AFFIDAVIT

I, Gary L. Beard, GS-1811-14, Acting Director, Federal Protective Service (FPS) National Training Academy hereby solemnly swear that the statement contained herein is the truth, the whole truth and nothing but the truth so help me God.

1. I am a second generation Filipino. My mother's family immigrated to the United States from the island of Luzon, Philippines. I have been involved in prior EEO activity as a witness, which is not uncommon in a training academy environment.

2. Mr. Richard Gong is required to attend the FPS Basic, which encompasses the FPS Pre-Basic, MBPTP and FPS Post Basic, because it is a requirement of the position for which he applied. While Mr. Gong does have previous law enforcement experience, it does not match the job specific skill sets required of the position for which he was hired. In order for the agency to insure that it has provided its personnel with the requisite skills necessary to minimally perform within the requirements of their position, it mandates that new hires go through their academy training program. The FPS has mission specific skill sets, which are provided to students during the basic training for its law enforcement personnel. They are unique to the agency and are not provided in any other basic law enforcement programs at the FLETC. The referenced refresher course does not exist. The FPS does have an advanced training program, which is provided to veteran officers but is designed merely to build upon the basic skills of its law enforcement force.

3. Mr. Gong's race and national origin did not influence my decision. Mr. Gong's allegation that I do not like Asians, as referenced in the narrative portion of the complaint, is obviously an attempt to keep from attending the FPS Basic Police Training given that I too am Asian. My decision was based on fact, in that the agency cannot measure Mr. Gong's ability to perform the job requirements unless he attends and passes the mandated training for the position for which he was hired. The agency would be placing itself in a position of potential liability should they hire an employee, and provide them the authority to arrest and potentially take human life in the deployment of deadly force without ensuring that proper measures were taken to train the prospective employee. Additionally, the FPS does not have an established waiver process.

4. The only knowledge I had of any potential EEO activity on Mr. Gong's part was when I had received a prior contact from and investigator related to Mr. Gong not wanting to attend the MBPTP. I believed at this point it was an informal request for information related to Mr. Gong's prior relationship with Instructor Charlie Moore when he was a trainee at the USMS Academy and Mr. Moore was an Instructor for the USMS. The knowledge that I had on any of his activity would not influence any of my actions as they relate to Mr. Gong's allegation.

Page 1 of 1Page 1 of 1

EX  5

Page 1 of 2 pages

I have read the above statement consisting of two pages, and it is true and complete to the best of my knowledge and belief. In understand the information I have given is made under penalty of perjury and is not considered confidential.

Subscribed and sworn to at the
FPS National Training Academy on this
31st Day of January 2005

*(signature)*
Rudolph Duncan
Contract Investigator
Federal Facilitators Group LLC

Affiant's Signature *(signature)*

Page 2 of 2Page 2 of 2

EX  5
Page  2  of  2  pages