# Richard Gong v. Michael Chertoff
# Civil No. 06-0125 (RWR)

# Exhibit 11

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GONG, RICHARD | 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 | 10/14/64 | 02/11/01 |

**FIRST ACTION** / **SECOND ACTION**

| 5-A Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 713 | CHG TO LOWER GRADE | | |

| 5-C Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| NSM | REG 335.102 COMP | | |

| 5-E Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| DETENTION ENFORCEMENT OFFICER U0025371 U0025 | DEP US MARSHAL 26049043 2004P |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LE02 | | 07 | | 41,955.00 | PA | GS | 0082 | 05 | 10 | 36,244.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 38,963.00 | 2,992.00 | 41,955.00 | .00 | 33,659.00 | 2,585.00 | 36,244.00 | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
NEVADA
GENERAL OPERATIONS DIVISION

DJ MS01509020000000 PP 03 2001

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | YES / NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 WAIVED | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M FERS AND FICA SPECIAL | 09/02/95 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserved | E - Exempt  N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 32-0120-003 | LAS VEGAS CLRK NV |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX1 M | CITZ 1 | VET STAT N ED LV04 -9:00 INST PRG:000000 | |

45. Remarks
SELECTED FROM MPA#01-003  DATED 11/7/00

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE, USMS | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJME | 2455 | | PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION  
3-Part 50-315  
1 - Employee Copy - Keep for Future Reference  
Editions Prior to 7/91 Are Not Usable After 6/93  
NSN 7540-01-333-62

EX 11
Page 6 of 6 pages