# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

# Exhibit 12

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GONG, RICHARD | 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 | 10/19/64 | 04/07/01 |

**FIRST ACTION**

| 5-A Code | 5-B. Nature of Action |
|---|---|
| 352 | TERMINATION APPT IN TO |
| 5-C Code | 5-D. Legal Authority |
| DFM | 5 CFR PART 715 PROM |
| 5-E Code | 5-F. Legal Authority |
| | |

**SECOND ACTION**

| 6-A Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E Code | 6-F. Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| DETENTION ENFORCEMENT OFFICER 20163901   20163 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1802 | 07 | 10 | 41,955.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 38,963.00 | 2,992.00 | 41,955.00 | .00 | | | .00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| NEVADA GENERAL OPERATIONS DIVISION | |

DJ HS015000200C00000    SP 12 2001    TO

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | 0 - None  2 - Conditional | | YES / NO |
| 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 - Permanent  3 - Indefinite | | |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 WAIVED | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M FERS AND FICA SPECIAL | 08/22/99 | F FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General | N | | 0065 |
| 2 - Excepted Service  4 - SES Career Reserved | E - Exempt  N - Nonexempt | | |
| 1 | N | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 32-0120-003 | LAS VEGAS   CLARK   NV |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: X ED LV:04 YR:00 INST PRG:000000 | |

45. Remarks

FORWARDING ADDRESS: PO BOX 16017, LAS VEGAS, NV 89101

EX 11
Page 5 of 6 pages

46. Employing Department or Agency
U.S. DEPARTMENT OF JUSTICE/USMS

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ-MS | 3435 | 04/07/01 |

KATHERINE MUHR
PERSONNEL OFFICER

3-Part 50-315
2 - OPF Copy - Long-Term Record - DO NOT DESTROY
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237