# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

# Exhibit 13

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GONG, RICHARD | 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 | 10-14-1964 | 04-08-2001 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 130 | Transfer |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| KVM | Reg 315.501 Prom |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number — PASSPORT SPECIALIST — S7943200

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 00967 | 09 | 06 | $41,773.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $38,794.00 | $2,979.00 | $41,773.00 | $0 |

14. Name and Location of Position's Organization

Transfer from:
Department of Justice

22. Name and Location of Position's Organization — 281559

CHARLESTON PASSPORT CENTER
DEP ASST SEC FOR PASSPORT SERVICES
BUREAU OF CONSULAR AFFAIRS

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/10% | 1 — 0-None 2-Conditional 1-Permanent 3-Indefinite  21 | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  Waived | 9  9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  K - FERS and FICA | 08-22-1989 | F  Full Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career | 2  E-Exempt  N-Nonexempt | 0113.0-1097 1111 0000 | 0070 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 450410019 | CHARLESTON, SOUTH CAROLINA USA |

| 40. DOC | 41. WGI Due | 42. Prom Step | 43. HR Processor | 44. |
|---|---|---|---|---|
| 08-APR-2001 | 06-APR-2003 | | CAEXSLW | EMPLID 123938 |

45. Remarks:

- WAIVED ALL LIFE INSURANCE
- HEALTH BENEFITS COVERAGE CONTINUES.
- INITIAL PROBATIONARY PERIOD COMPLETED.
- SELECTED FROM AR-LD-0-0287200, DATED 11-03-2000.
- FULL PERFORMANCE LEVEL OF EMPLOYEE'S POSITION IS GS-11.
- APPOINTMENT AFFIDAVIT EXECUTED 04-09-2001.
- OPM MAINTAINED BY 2401 E STREET NW, ROOM H-804 WASHINGTON, DC 20522.
- FROZEN SERVICE: NONE
- CREDITABLE MILITARY SERVICE: NONE
- PREVIOUS RETIREMENT COVERAGE: PREVIOUSLY COVERED.
- EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
- PREVIOUSLY EMPLOYED AT GS-9 STEP-5: $40,950.
- COMPLETED SERVICE REQUIREMENT FOR CAREER TENURE FROM 08-22-1989 TO 08-21-1992.

EX 11
Page 4 of 6 pages

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| ST00 | 2951 | 04-20-2001 | WELCH, GRETCHEN GERWE  ACTING |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93