# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

# Exhibit 14

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GONG, RICHARD | 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 | 10-14-1964 | 09-22-2002 |

**FIRST ACTION** / **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 721 | Reassignment | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| N2M | Reg 335.102 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | | 15. TO: Position Title and Number | |
|---|---|---|---|
| PASSPORT SPECIALIST | S7943200 | PASSPORT SPECIALIST | S5442903 |

| 8. Pay Plan | 9. Occ Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0767 | 09 | 06 | $43,664.00 | PA | GS | 00967 | 09 | 06 | $46,642.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $40,191.00 | $3,473.00 | $43,664.00 | $0.00 | $40,191.00 | $6,451.00 | $46,642.00 | $0.00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| 281559 | 281581 |
| CHARLESTON PASSPORT CENTER<br>DEP ASST SEC FOR PASSPORT SERVICES<br>BUREAU OF CONSULAR AFFAIRS | LOS ANGELES PASSPORT AGENCY<br>DEP ASST SEC FOR PASSPORT SERVICES<br>BUREAU OF CONSULAR AFFAIRS |

**EMPLOYEE DATA**

| 23. Veterans Preference | | 24. Tenure | | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1 | 0-None  2-Conditional<br>1-Permanent  3-Indefinite | 21 | YES ☐  NO ☒ |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| B0 | Waived | 9 | 9 - Not Applicable | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| K | K - FERS and FICA | 08-22-1989 | F | Full Time | |

**POSITION DATA**

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 | 1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career | E | E-Exempt<br>N-Nonexempt | 0113.0-1097  1111  0000 | 0070 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 06:9800 37 | LOS ANGELES, CALIFORNIA USA |

| 40. DOG | 41. WGI Due | 42. Print Stat | 43. HR Processor | 44. |
|---|---|---|---|---|
| 08-APR .001 | 06-APR-2003 | | CAEXLAB | EMPLID 123938 |

45. Remarks

- FULL PERFORMANCE LEVEL OF EMPLOYEE'S POSITION IS GS-11

EX 11
Page 3 of 6 pages

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | DAVIS, RUTH A<br>DIR GEN OF FS / DIR OF PERS |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| ST00 | 2951 | 09-09-2002 | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY    Editions Prior to 7/91 Are Not Usable After 6/30/93