# Richard Gong v. Michael Chertoff
# Civil No. 06-0125 (RWR)

# Exhibit 15

# AFFIDAVIT

I Charles R. Moore, Supervisory Special Agent, GS-1811-13, employed in the Department of Homeland Security, Federal Protective Service, National Training Academy, hereby solemnly swear that the statement contained herein is the truth, the whole truth and nothing but the truth so help me God.

I am Caucasian American, and to the best of my recollection I have not been involved in any EEO actions.

I offer the following information in response to the allegations of discrimination raised by Mr. Richard Gong in his discrimination under Agency Docket Number ICE-05-H003. I have no authority over waivers of training for the Federal Protective Service, and had no such involvement in Mr. Gong's case.

My only involvement with Mr. Richard Gong, if indeed this is the same Mr. Gong, was in early 2001, while I was a Supervisory Instructor/Inspector at the United States Marshals Service Training Academy here at the Federal Law Enforcement Training Center. My exposure and contact with Mr. Gong was minimal at best. For these reasons, I am totally appalled and offended by Mr. Gong's factually baseless statements. I find his statements to be slanderous and libelous in nature and without merit, and demeaning me as a 23 year law professional.

I have read the above statement consisting of one page, and it true and complete to the best of my knowledge and belief. I understand the information I have given is made under penalty of perjury and is not considered confidential.

Subscribed and sworn to at the Federal National Training Academy on this 28th Day of January 2005

Rudolph Duncan
Contract Investigator
Federal Facilitators Group LLC

Affiant's Signature

01/31/05

EX 6
Page 1 of 1 pages