# Richard Gong v. Michael Chertoff
## Civil No. 06-0125 (RWR)

# Exhibit 16

## AFFIDAVIT

District of Columbia:

I, Kenneth Ebinger, Deputy Director, Mission Support, of full age, hereby certify as follows:

I am the Deputy Director of Mission Support for the Federal Protective Service (FPS), Immigration and Customs Enforcement, Department of Homeland Security, Washington, DC;

I am aware that several individuals have been required to take the FPS Mixed Basic Police Training Program since they have been away from a law enforcement position for more than three years. I personally have sent several individuals to this course as a result of their failure to meet the three-year requirement for a waiver;

It is my understanding that Mr. Gong claims two individuals were not required to meet this requirement and were provided a waiver: Ellis Andrews and Leigh Ann Hackney. Mr. Gong is misplaced in this assertion. First, it should be noted that Mr. Andrews was placed different than Mr. Gong since he is in a supervisor position and does not have to meet the requirements of Mr. Gong's position. Second, Mr. Andrews had successfully completed the FLETC Police Training Program and continued to work in the law enforcement field for the Department of Defense prior to him entering on duty with the Agency. Furthermore, Mr. Andrews was still required to attend and graduate from the FPS Professional Development and Training Course;

Regarding Ms. Hackney, according to her unofficial personnel file, she resigned from the Bureau of Alcohol, Tobacco, Firearms and Explosives from a law enforcement position on September 25, 2000. On February 25, 2003, Ms. Hackney received a reappointment with the Agency. Obviously, this is well within the three-year limitation;

Mr. Gong is required to take the class as a result of being out of law enforcement for more than three years. I am not aware of any individual who has been provided a waiver where the person has been out of law enforcement for more than three years.

I hereby certify that the information provided is accurate and to the best of my knowledge.

_____
Kenneth Ehinger
Deputy Director,
Mission Support

Date  8/9/05

Signature Witnessed before me on
This __9TH__ day of __AUGUST__, 2005.