UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GONG, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil No. 06-0125 (RWR) |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of two days, up to and including September 13, 2006, in which to reply to plaintiff *pro se*'s Motion to Deny Defendant's Request for Motion to Dismiss or Motion for Summary Judgment. Defendant's reply would otherwise be due on September 11, 2006. Defendant seeks this enlargement on the following grounds:

Plaintiff *pro se*'s Motion was filed with the Clerk of the Court on Thursday, August 31, 2006, but not entered into the electronic filing database until Tuesday, September 5, 2005. (See Docket Entry No. 7). Undersigned counsel received notice of the filing by electronic mail on September 5, 2006. Undersigned counsel has attempted to complete its Reply within the abbreviated amount of time, but has been unable to do so.

Undersigned counsel called plaintiff *pro se* to obtain his position on this motion, but was unable to reach plaintiff *pro se*.

For the reasons cited above, defendant respectfully requests that the enlargement of time to reply to plaintiff's motion be granted.

An order granting the relief sought is attached hereto.

                                              Respectfully submitted,

                                              _____
                                              KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                              United States Attorney

                                              _____
                                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                                              Assistant United States Attorney

                                              _____
                                              MARIAN L. BORUM, D.C. Bar # 435409
                                              Assistant United States Attorney
                                              555 Fourth Street,  N.W. - Civil Division
                                              Washington, D.C.  20530
                                              (202) 514-6531
                                              Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Richard Gong
P.O. Box 25063
Arlington, VA 22202

_____
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD GONG,                    ) | |
|           Plaintiff,   ) | |
| v.                               ) | Civil No. 06-0125 (RWR) |
| MICHAEL CHERTOFF, SECRETARY,     ) | |
| UNITED STATES DEPARTMENT OF      ) | |
| HOMELAND SECURITY,               ) | |
|           Defendant.  ) | |

## ORDER

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of September, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including September 13, 2006 in which to respond to plaintiff *pro se*'s Motion to Deny Defendant's Request for Motion to Dismiss or Motion for Summary Judgment.

Date _____         _____
                                  UNITED STATES DISTRICT JUDGE