# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING STUDENT EVALUATION
## EIGHT WEEK PROGRAM
### OFFICIAL TRANSCRIPT

**WRITTEN EXAMINATIONS***

| | TOTAL QUESTIONS | PERCENTAGE GRADE | REMEDIAL GRADE** |
|---|---|---|---|
| EXAM I | 45 | 84 | |
| EXAM II | 57 | 82 | |
| EXAM III | 39 | 95 | |
| EXAM IV (Final) | 57 | 84 | |

CLASS AVERAGE  88            STUDENT AVERAGE  86

HONOR _____  DISTINGUISHED _____  SATISFACTORY ✓  UNSATISFACTORY _____

**PRACTICAL EXERCISES***

(SATISFACTORY/UNSATISFACTORY)

| | S | U |
|---|---|---|
| Court Testimony (Mock Trial) | S | |
| Communications/Interviewing | S | |
| Officer Safety & Survival Night | S | |
| Control Techniques/Arrest... | S | |
| ...anship | S | |
| Miranda Warning | S | |

**PHYSICAL TRAINING***

(SATISFACTORY/UNSATISFACTORY)

| | S | U |
|---|---|---|
| Trauma Management | S | |
| Cardiopulmonary Resuscitation | S | |
| Defensive Tactics | S | |
| ...Techniques | S | |

(STUDENT MUST ATTAIN 70% ... ON WRITTEN ... TRAUMA MANAGEMENT AND ... RESUSCITATION)

**DRIVER TRAINING***

(SATISFACTORY/UNSATISFACTORY)

| | S | U |
|---|---|---|
| Defensive Driving | S | |
| Skid Control | S/B | |
| Highway Response | | |

**FIREARMS TRAINING***

Practical Pistol Course ..........  

| DIST... | EXPERT | ...SHOOTER | MARKSMAN |
|---|---|---|---|
| (300)... | (285-299) | (255-284) | (210-254) |

| | S | U |
|---|---|---|
| Practical Pistol Course | S | |
| Judgment Pistol Shooting | S | |

(STUDENT MUST ATTAIN 70% ACCURACY / 100% JUDGMENT FOR A SATISFACTORY MARK)

**FAMILIARIZATION COURSES:** SHOTGUN ✓     INDOOR REDUCED LIGHT COURSE OF FIRE ✓

SEE REVERSE SIDE FOR PROGRAM OF INSTRUCTION AND EXAMINATION POLICY.
*ANY FAILURE IS EXPLAINED IN THE *REMARKS* SECTION.
**SCORE OF 70% ALLOWED ON REMEDIAL EXAM IN COMPUTING STUDENT AVERAGE.

**REMARKS:**

AGENCY: USSSUD
DATE ATTENDED: 09/07/89 – 11/02/89
POST OF DUTY: WASHINGTON, DC
NAME: GONG, RICHARD
CLASS NO.: 8PT-915

FTC-OGT-21(11-87)